UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NARINE LALL,

                Plaintiff,

-against-                              24 **CIVIL** 5508 (JMF)

**JUDGMENT**

NEW YORK HOUSING AUTHORITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 3, 2024, NYCHA's motion to dismiss is GRANTED, and Lall's claims are DISMISSED, without prejudice to refiling his state and local claims in state court. Judgment is entered in NYCHA's favor consistent with this Memorandum Opinion and Order. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Memorandum Opinion and Order would not be taken in good faith, and *in forma pauperis* status is thus denied. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

Dated:  New York, New York

        December 03, 2024

                                                        **DANIEL ORTIZ**
                                                        **Acting Clerk of Court**

                        BY:

                                                       **Deputy Clerk**